| | | | | |
|---|---|---|---|---|
| Davis v. United States | 15–CO–1050 | 02/10/2017 | Reversed and remanded | Jackson |
| Barbour v. United States | 15–CO–689 | 02/10/2017 | Affirmed | Rankin |
| Smith, In re | 15–PR–1143 | 02/10/2017 | Vacated and remanded | Wertheim |
| Dandridge–Spriggs v. District of Columbia Department of Employment Services | 16–AA–0336 | 02/10/2017 | Affirmed | Dist. of Columbia Dept. of Employment Services - Compensation Review Bd. |
| Fontroy v. United States | 16–CM–53 | 02/10/2017 | Affirmed | Jackson |